| Fill in this information to identify the case: |
|---|
| **Debtor 1**  Sidney Broker McNeill |
| **Debtor 2** _____ <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of North Carolina <br> (State) |
| Case number 17-80241 |

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the LB-Igloo Series IV Trust

**Court claim no. (if known):** 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 6684

**Property Address:** 1024 Leaman Road
Number          Street

Robbins, NC 27325
City          State          Zip Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 4/1/22-5/1/22 2@840.02       (a) $  1,680.04
b. Total fees, charges, expenses, escrow, and cost outstanding:       + (b) $ _____
c. **Total**. Add lines a and b.                                         (c) $  1,680.04

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     04 / 01 / 2022
MM/ DD /YYYY

Official Form 4100R          **Response to Notice of Final Cure Payment**          Page 1

| Debtor 1 | Sidney Broker McNeill | | | Case Number (if known) | 17-80241 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A. Baker                                    Date 05/26/2022
   Signature

| Print: | Mark A. Baker,           Bar No. NCBN 32382 | Title | Bankruptcy Attorney |
|---|---|---|---|
| | First name   Middle Name   Last name | | |
| Company | MCMICHAEL TAYLOR GRAY, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3550 Engineering Drive, Suite 260
           Number       Street

           Peachtree Corners, GA 30092
           City         State       Zip Code

Contact phone    404-474-7149              Email:    mbaker@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Sidney Broker McNeill
1024 Leaman Road
Robbins, NC 27325

**Via CM/ECF electronic service:**
John T Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M Hutson II
3518 Westgate Drive
Suite 400
Durham, NC 27707

Dated: May 26, 2022

                                            Respectfully submitted,

By: /s/ Mark A. Baker
Mark A. Baker, Esq.
NCBN 32382

MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: mbaker@mtglaw.com
MTG File No.: 21-000717-04



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 04/01/17 | 694.26 | 91.78 | 786.04 | Payment listed in POC |
| 05/01/18 | 694.26 | 97.04 | 791.30 | NOPC filed with the court |
| 05/01/19 | 694.26 | 105.85 | 800.11 | NOPC filed with the court |
| 05/01/20 | 694.26 | 107.68 | 801.94 | NOPC filed with the court |
| 05/01/21 | 694.26 | 175.81 | 870.07 | NOPC filed with the court |
| 01/01/22 | 694.26 | 145.76 | 840.02 | NOPC filed with the court |
| 06/01/22 | 694.26 | 130.54 | 824.80 | NOPC filed with the court |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |

Loan#: 
Borrower: McNeil
Date Filed: 3/29/2017
BK Case #: 17-80241

First Post Petition Due Date: 7/1/2017
POC covers: 3/2017-6/2017
MOD EFFECTIVE DATE:

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Suspense Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 7/31/2017 | $786.04 | Post | 7/1/17 | 3/1/17 | $786.04 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2017 | $944.09 | Post | 8/1/17 | 4/1/17 | $786.04 | $158.05 | $158.05 | | $158.05 | | | | $0.00 | $0.00 | | |
| 9/30/2017 | $924.81 | Post | 9/1/17 | 5/1/17 | $786.04 | $138.77 | $138.77 | | $296.82 | | | | $0.00 | $0.00 | | |
| 10/31/2017 | $915.59 | Post | 10/1/17 | 6/1/17 | $786.04 | $129.55 | $129.55 | | $426.37 | | | | $0.00 | $0.00 | | |
| 11/30/2017 | $911.71 | Post | 11/1/17 | 7/1/17 | $786.04 | $125.67 | $125.67 | | $552.04 | | | | $0.00 | $0.00 | | |
| 12/31/2017 | $915.47 | Post | 12/1/17 | 8/1/17 | $786.04 | $129.43 | $129.43 | | $681.47 | | | | $0.00 | $0.00 | | |
| 1/31/2018 | $890.61 | Post | 1/1/18 | 9/1/17 | $786.04 | $104.57 | $104.57 | | $786.04 | | | | $0.00 | $0.00 | | |
| | | Post | 2/1/18 | 10/1/17 | $786.04 | -$786.04 | | $786.04 | $0.00 | | | | $0.00 | $0.00 | | |
| 2/28/2018 | $786.04 | Post | 3/1/18 | 11/1/17 | $786.04 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/30/2018 | $786.04 | Post | 4/1/18 | 12/1/17 | $786.04 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/30/2018 | $791.30 | Post | 5/1/18 | 1/1/18 | $791.30 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 5/31/2018 | $791.30 | Post | 6/1/18 | 2/1/18 | $791.30 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/30/2018 | $791.30 | Post | 7/1/18 | 3/1/18 | $791.30 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 7/31/2018 | $791.30 | Post | 8/1/18 | 4/1/18 | $791.30 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2018 | $791.30 | Post | 9/1/18 | 5/1/18 | $791.30 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/30/2018 | $419.21 | Post | Suspense | | | $419.21 | $419.21 | | $419.21 | | | | $0.00 | $0.00 | | |
| 10/31/2018 | $838.20 | Post | 10/1/18 | 6/1/18 | $791.30 | $46.90 | $46.90 | | $466.11 | | | | $0.00 | $0.00 | | |
| 11/30/2018 | $838.14 | Post | 11/1/18 | 7/1/18 | $791.30 | $46.84 | $46.84 | | $512.95 | | | | $0.00 | $0.00 | | |
| 1/9/2019 | $838.16 | Post | 12/1/18 | 8/1/18 | $791.30 | $46.86 | $46.86 | | $559.81 | | | | $0.00 | $0.00 | | |
| 1/31/2019 | $838.20 | Post | 1/1/19 | 9/1/18 | $791.30 | $46.90 | $46.90 | | $606.71 | | | | $0.00 | $0.00 | | |
| 2/28/2019 | $838.24 | Post | 2/1/19 | 10/1/18 | $791.30 | $46.94 | $46.94 | | $653.65 | | | | $0.00 | $0.00 | | |
| 3/31/2019 | $838.30 | Post | 3/1/19 | 11/1/18 | $791.30 | $47.00 | $47.00 | | $700.65 | | | | $0.00 | $0.00 | | |
| 4/30/2019 | $839.83 | Post | 4/1/19 | 12/1/18 | $791.30 | $48.53 | $48.53 | | $749.18 | | | | $0.00 | $0.00 | | |
| 5/31/2019 | $840.03 | Post | 5/1/19 | 1/1/19 | $800.11 | $39.92 | $39.92 | | $789.10 | | | | $0.00 | $0.00 | | |
| 6/30/2019 | $811.12 | Post | 6/1/19 | 2/1/19 | $800.11 | $11.01 | $11.01 | | $800.11 | | | | $0.00 | $0.00 | | |
| | | Post | 7/1/19 | 3/1/19 | $800.11 | -$800.11 | | $800.11 | $0.00 | | | | $0.00 | $0.00 | | |
| 7/31/2019 | $800.11 | Post | 8/1/19 | 4/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2019 | $800.11 | Post | 9/1/19 | 5/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/30/2019 | $800.11 | Post | 10/1/19 | 6/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 10/31/2019 | $800.11 | Post | 11/1/19 | 7/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/30/2019 | $800.11 | Post | 12/1/19 | 8/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 12/31/2019 | $800.11 | Post | 1/1/20 | 9/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 1/31/2020 | $800.11 | Post | 2/1/20 | 10/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 2/28/2020 | $800.11 | Post | 3/1/20 | 11/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/31/2020 | $800.11 | Post | 4/1/20 | 12/1/19 | $800.11 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/30/2020 | $801.94 | Post | 5/1/20 | 1/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 5/31/2020 | $801.94 | Post | 6/1/20 | 2/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/30/2020 | $801.94 | Post | 7/1/20 | 3/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 7/31/2020 | $801.94 | Post | 8/1/20 | 4/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/31/2020 | $801.94 | Post | 9/1/20 | 5/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/30/2020 | $801.94 | Post | 10/1/20 | 6/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 10/31/2020 | $801.94 | Post | 11/1/20 | 7/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 11/30/2020 | $801.94 | Post | 12/1/20 | 8/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 12/31/2020 | $801.94 | Post | 1/1/21 | 9/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 1/31/2021 | $801.94 | Post | 2/1/21 | 10/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 2/28/2021 | $801.94 | Post | 3/1/21 | 11/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 3/31/2021 | $801.94 | Post | 4/1/21 | 12/1/20 | $801.94 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 4/30/2021 | $870.07 | Post | 5/1/21 | 1/1/21 | $870.07 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 6/3/2021 | $870.07 | Post | 6/1/21 | 2/1/21 | $870.07 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 7/16/2021 | $870.07 | Post | 7/1/21 | 3/1/21 | $870.07 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/16/2021 | $870.07 | Post | 8/1/21 | 4/1/21 | $870.07 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |

| Date | Amount | Type | Period | Due Date | Amount2 | Balance | Col8 | Col9 | Col10 | Col11 | Date2 | Amount3 | Amount4 | Running | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2021 | $870.07 | Post | **9/1/21** | 5/1/21 | $870.07 | $0.00 | | | | $0.00 | | | | $0.00 | $0.00 |
| 11/5/2021 | $1,740.14 | Post | **10/1/21** | 6/1/21 | $870.07 | $870.07 | $870.07 | | | $870.07 | | | | $0.00 | $0.00 |
| 11/5/2021 | | Post | **11/1/21** | 7/1/21 | $870.07 | -$870.07 | | $870.07 | | $0.00 | | | | $0.00 | $0.00 |
| 11/5/2021 | | Pre | TT Arrears | | | $0.00 | | | | $0.00 | | $465.90 | | $465.90 | $465.90 |
| 12/8/2021 | $870.07 | Post | **12/1/21** | 8/1/21 | $870.07 | $0.00 | | | | $0.00 | | | | $465.90 | $465.90 |
| 12/8/2021 | | Pre | TT Arrears | | | $0.00 | | | | $0.00 | | $289.13 | | $755.03 | $755.03 |
| 1/14/2022 | $840.02 | Post | **1/1/22** | 9/1/21 | $840.02 | $0.00 | | | | $0.00 | | | | $755.03 | $755.03 |
| 1/14/2022 | | Pre | TT Arrears | 10/1/21 | | $0.00 | | | | $0.00 | 3/1/2017 | $319.18 | $783.98 | $290.23 | $1,074.21 |
| 1/21/2022 | | Pre | Pre-Petition | Escrow | | $0.00 | | | | $0.00 | Escrow | | $43.34 | $246.89 | $1,074.21 |
| 1/21/2022 | | Pre | Pre-Petition | Fees/Costs | | $0.00 | | | | $0.00 | Fees/Costs | | $15.00 | $231.89 | $1,074.21 |
| 2/17/2022 | $840.02 | Post | **2/1/22** | 11/1/21 | $840.02 | $0.00 | | | | $0.00 | | | | $231.89 | $1,074.21 |
| 2/17/2022 | | Pre | TT Arrears | | | $0.00 | | | | $0.00 | | $306.30 | | $538.19 | $1,380.51 |
| 5/11/2022 | $840.02 | Post | **3/1/22** | 12/1/21 | $840.02 | $0.00 | | | | $0.00 | | | | $538.19 | $1,380.51 |
| 5/11/2022 | | Pre | TT Arrears | 1/1/22 | | $0.00 | | | | $0.00 | 4/1/2017 | $1,832.70 | $786.04 | $1,584.85 | $3,213.21 |
| 5/12/2022 | | Pre | Pre-Petition | 2/1/22 | | $0.00 | | | | $0.00 | 5/1/2017 | | $786.04 | $798.81 | $3,213.21 |
| 5/13/2022 | | Pre | Pre-Petition | 3/1/22 | | $0.00 | | | | $0.00 | 6/1/2017 | | $786.04 | $12.77 | $3,213.21 |
| 5/23/2022 | | Pre | Pre-Petition | Fees/Costs | | $0.00 | | | | $0.00 | Fees/Costs | | $12.77 | $0.00 | $3,213.21 |
| | | | | | | $0.00 | | | | $0.00 | | | | $0.00 | $3,213.21 |
| | | | | | | $0.00 | | | | $0.00 | | | | $0.00 | $3,213.21 |
| | | | | | | $0.00 | | | | $0.00 | | | | $0.00 | $3,213.21 |
| POST DUE | | Post | 4/1/22 | | $840.02 | -$840.02 | | | | $0.00 | | | | $0.00 | $3,213.21 |
| POST DUE | | Post | 5/1/22 | | $840.02 | -$840.02 | | | | $0.00 | | | | $0.00 | $3,213.21 |

(Remaining rows all $0.00 with running total $3,213.21)