# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| In re: | ) | **MOTION AND NOTICE** |
| Sidney Broker McNeill    SSN: xxx-xx-7819 | ) | **Chapter 13** |
| 1024 Leaman Road | ) | |
| Robbins, NC 27325 | ) | No. B- 17-80241 C-13D |
| | ) | |
| | ) | |
| Debtor. | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

US Bank Trust National Association as trustee of LB Igloo Series IV Trust ("Creditor") holds a claim which is secured by a mortgage on real property located at 1024 Leaman Road, Robbins, North Carolina.  (Claim #3-1, Account xxx 6684)

The Trustee has disbursed on the claim the payments required to be made under the Plan in the manner required by the Plan and has paid the Creditor's arrearage claim in full.  The mortgage account is current through the month of June 2022 according to the Trustee's records. The Creditor filed a response to the Trustee's Notice of Final Cure Payment in which the Creditor agreed that default has been cured.

The Trustee requests entry of an order finding the following:

1. The Trustee has disbursed all payments in the manner required under the Plan through the month of June 2022 and all defaults have been cured and the account is current and reinstated under the note and security agreement as if no default had ever occurred.

2. The Creditor is to credit payments received directly from the Debtor to monthly payments due beginning July 2022.

3. The Creditor or any successors are prohibited from the assessment of any defaults or charges arising prior to July 2022.

Date:  June 15, 2022                                                     s/Richard M. Hutson II
                                                                                         Standing Trustee

# NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>July 18, 2022</u> with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on <u>August 4, 2022 at 9:30 a.m.</u> in the following location:

*Courtroom #2, Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC  27401*


Date:   June 15, 2022                                OFFICE OF THE CLERK
                                                     U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**CASE NO. B-17-80241 C-13D**

Sidney Broker McNeill
1024 Leaman Road
Robbins, NC 27325

**ELECTRONIC SERVICE**
Law Offices of John T. Orcutt, Esq.
Attorney for Debtor

**ELECTRONIC SERVICE**
Mark A. Baker, Esq.
Attorney for US Bank Trust National Association as trustee of LB Igloo Series IV Trust